BECKY SKOLNICK et al., Appellants, v. JOHN J. FUMO, Respondent.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.

HERMAN STREGER, Respondent, v. C. I. T. CORPORATION, Appellant, et al., Defendant.—

No opinion. Close, P. J., Hagarty, Carswell, Taylor and Lewis, JJ., concur.